IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02658-BNB

CHARLES E. BRACK,

    Plaintiff,

v.

JOE ORTIZ,
GARY K. WATKINS,
CHARLES OLIN,
TOM MISEL,
DAN WILDE,
AL STANLEY, and
DEB ALLEN,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

FEB 15 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING PLAINTIFF TO SUBMIT AMENDED MOTION
FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915

---

Based on the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and certified trust fund account statement that Plaintiff submitted to the Court on December 16, 2005, the Court granted Plaintiff leave to proceed. In accordance with the information provided about Plaintiff's financial status, the Court found he was able to pay a $9.00 initial partial filing fee, which he paid on February 8, 2006. Although Mr. Brack was a prisoner when he initiated this action, it appears he no longer is incarcerated.

If Plaintiff has been released from custody, his continuing obligation to pay the filing fee is to be determined, like any nonprisoner, solely on the basis of whether he qualifies for *in forma pauperis* status. See *Whitney v. New Mexico*, 113 F.3d 1170,

1171 n.1 (10th Cir. 1997); **see also McGore v. Wrigglesworth**, 114 F.3d 601, 612-13 (6th Cir. 1997); **In re Prison Litigation Reform Act**, 105 F.3d 1131, 1138-39 (6th Cir. 1997); **McGann v. Commissioner, Soc. Sec. Admin.**, 96 F.3d 28, 29-30 (2d Cir. 1996). Therefore, Mr. Brack will be ordered either to pay the $241.00 balance due on the $250.00 filing fee or to submit an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Accordingly, it is

ORDERED that Mr. Brack submit, **within thirty (30) days from the date of this Order**, an original and a copy of an Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. Alternatively, Mr. Brack may elect to pay the $241.00 balance due on the $250.00 filing fee in order to pursue his claims in this action. It is

FURTHER ORDERED that the Amended Motion shall be titled, "Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915," and shall be filed with the Clerk of the Court for the United States District Court for the District of Colorado at the Alfred A. Arraj U.S. Courthouse, 901 Nineteenth Street, Room A-105, Denver, Colorado 80294-3589. It is

FURTHER ORDERED that the Clerk of the Court mail to Mr. Brack at the address noted on the Docket, a copy of this Order and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form, for use in submitting the Amended Motion and Affidavit. It is

FURTHER ORDERED that if Plaintiff fails to file the Amended Motion and Affidavit within thirty days of the date of the instant order the Complaint and action will be dismissed without further notice.

DATED February 15, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02658-BNB

Charles E. Brack
456 Bannock Street
Denver, CO 80204

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915** to the above-named individuals on 2/15/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk