IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-02658-BNB

CHARLES E. BRACK,

      Plaintiff,

v.

JOE ORTIZ,
GARY K. WATKINS,
CHARLES OLIN,
TOM MISEL,
DAN WILDE,
AL STANLEY, and
DEB ALLEN,

      Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 7 2006

GREGORY C. LANGHAM
CLERK

_____

**ORDER GRANTING PLAINTIFF'S AMENDED MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915 AND DENYING OTHER MOTIONS**

_____

      Pursuant to the Court's February 15, 2006, Order Plaintiff has filed a **pro se** Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. The Motion and Affidavit indicate that Plaintiff should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of inability to prepay fees or give security therefor.

      As for Plaintiff's "Motion for Leave to File an Amended and Supplemental Complaint," filed March 16, 2006, the Motion will be denied as unnecessary.  Prior to a responsive pleading being served, a plaintiff may amend a complaint once as a matter of course pursuant to Fed. R. Civ. P. Rule 15(a).  An amended complaint, however, supersedes the original complaint.  **See Balance v. Redman Homes, Inc.**, 759 F.2d

504, 508 (5th Cir. 1985); *Cameron v. Figwort,* 705 F.2d 676 (2d Cir. 1983); *London v. Coopers & Lybrand,* 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990).  Plaintiff's Amended Complaint must contain all the alleged claims, the request for relief, and a listing of all of the named Defendants, in other words, all of the information requested on the Court-approved Prisoner Complaint form.  Accordingly it is

ORDERED that the Amended Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, filed on March 16, 2006, is granted.  It is

FURTHER ORDERED that Plaintiff's "Motion In Re Payment of Filing Fee," filed March 16, 2006, is denied as unnecessary.  It is

FURTHER ORDERED that the Court shall review the Complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the Complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.  It is

FURTHER ORDERED that process shall not issue until further order of the Court.  It is

FURTHER ORDERED that Plaintiff's "Motion for Leave to File an Amended Supplemental Complaint," filed March 16, 2006, is denied as unnecessary.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send to Plaintiff two copies of the Prisoner Complaint form for use in amending the Complaint.  It is

FURTHER ORDERED that Plaintiff shall have thirty days from the date of the instant Order to file an Amended Complaint.  If Plaintiff fails to file an Amended Complaint, including an original and sufficient copies for the purpose of serving

Defendants, within thirty days, the Court will proceed to review the merits of the original

Complaint, filed on December 29, 2005.

    DATED March 17, 2006, at Denver, Colorado.

                                      BY THE COURT:

                                       s/ Boyd N. Boland
                                       United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02658-BNB

Charles E. Brack
Adams Comm Corr. Program
3081 Highway 1-76
Henderson, CO 80640

I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on _3/17/06_

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk