IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02658-WYD-CBS

CHARLES E. BRACK,

    Plaintiff,

v.

JOE ORTIZ, Individually and in his offical [sic] capacity,
AL STANLEY, Individually and in his official capacity,
DEB ALLEN, Individually and in her official capacity,
THOMAS WATERS, Individually and in his official capacity,
MATTHEW HEAP, Individually and in his official capacity,
LELAND SIMKINS, Individually and in his official capacity,
CINDY JAMISON, Individually and in her official capacity,
CHARLES OLIN, Individually and in his official capacity, and
JEFF JENKS, Individually and in his official capacity,

    Defendants.

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 3 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 5/1/06

BY THE COURT:

*[signature]*
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02658-WYD-CBS

Charles E. Brack
Prisoner No. 42625
Adams Community Corrections Program
8031 Highway I-76
Henderson, CO 80640

Joe Ortiz, and Charles Olin, – WAIVER*
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

US Marshal Service
Service Clerk
Service forms for:  Al Stanley, Deb Allen,
Thomas Waters, Matthew Heap,
Leland Simkins, Cindy Jamison, and Jeff Jenks

Paul Sanzo, Asst.  Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Joe Ortiz and Charles Olin, and to the US Marshal Service for process of service on Al Stanley, Deb Allen, Thomas Waters, Matthew Heap, Leland Simkins, Cindy Jamison, and Jeff Jenks: AMENDED COMPLAINT FILED 4/11/806, SUMMONS, WAIVER*, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 5/3/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk