IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02658-WYD-CBS

CHARLES E. BRACK,

    Plaintiff,

v.

JOE ORTIZ,
individually and in his official capacity;
AL STANLEY,
individually and in his official capacity;
DEB ALLEN,
individually and in his official capacity;
THOMAS WATERS,
individually and in his official capacity;
MATTHEW HEAP,
individually and in his official capacity;
LELAND SIMKINS,
individually and in his official capacity;
CINDY JAMISON,
individually and in his official capacity;
CHARLES OLIN,
individually and in his official capacity; and
JEFF JENKS,
individually and in his official capacity,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion for Leave to Supplement His Brief in Response to Defendants' Motion to Dismiss (*doc. no. 69)* is **GRANTED**. Plaintiff's response is due no later than **November 6, 2006**.

    IT IS FURTHER ORDERED that no additional briefs or extensions will be accepted.

**DATED:**    October 25, 2006