IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02658-WYD-CBS

CHARLES E. BRACK,
       Plaintiff,
v.

CINDY JAMISON, individually and in her official capacity;
JEFF JENKS, individually and in his official capacity,
       Defendants.
_____

## ORDER TO ENTER DEFAULT
_____

Magistrate Judge Craig B. Shaffer

      This civil action is before the court for review after Judge Daniel's "Order Affirming and Adopting the Recommendation of the United States Magistrate Judge" (doc. # 82).  On March 20, 2007, Judge Daniel ordered "that the only claims that remain in this action are Plaintiff's claims against Defendant Jamison and Jenks."  (*See* doc. # 82 at p. 9).  Pursuant to the Order of Reference dated May 16, 2006 (doc. # 47), this civil action was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters . . . and submit proposed findings of fact and recommendations for rulings on dispositive motions . . . ."

      Plaintiff Charles Brack ("Plaintiff") is a convicted felon previously incarcerated in the Colorado Department of Corrections ("CDOC") and is currently a parolee. Proceeding pro se, Plaintiff brought this civil action pursuant to 42 U.S.C. § 1983. Plaintiff alleges that upon parole, he was unconstitutionally classified as a sex offender without due process and in violation of his equal protection rights. Defendant Jamison

is a therapist with Progressive Therapy Systems, a mental health care provider that contracts with the CDOC. (*See* "Plaintiff's Response to Magistrate Judge's Order to Show Cause Re Defendants Jamison and Jenks" (doc. # 78)). Defendant Jenks is a polygrapher with Amich & Jenks, a polygraph provider that contracts with the CDOC. (*See id.*).

Defendant Jamison was served with a summons and complaint in this civil action on May 22, 2006. (*See* Process Receipt and Return (doc. # 32)). Defendant Jenks was served on May 10, 2006. (*See* Process Receipt and Return (doc. # 28)). Neither Defendant Jamison nor Defendant Jenks has filed an answer or otherwise appeared in this action. Defendants Jamison and Jenks did not join the Motion to Dismiss granted by Judge Daniel. (*See* doc. # 47). Accordingly,

IT IS ORDERED that the Clerk of the Court shall enter the default of Defendants Jamison and Jenks pursuant to Fed. R. Civ. P. 55(a).

DATED at Denver, Colorado this 27th day of March, 2007.

BY THE COURT:

s/ Craig B. Shaffer
United States Magistrate Judge