IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02658-WYD-CBS

CHARLES E. BRACK,

    Plaintiff,

v.

CINDY JAMISON and
JEFF JENKS,

    Defendants.

## ORDER ADOPTING AND AFFIRMING THE RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

THIS MATTER is before the Court on the Motion For Default Judgment re Defendant Jamison and Jenks (docket #93), filed July 31, 2007.  The motion was referred to Magistrate Judge Craig B. Shaffer for a recommendation by Order of Reference dated May 16, 2006.  Magistrate Judge Shaffer issued a Recommendation on September 19, 2007, that the above referenced motion be denied and this civil action be dismissed as to the only remaining Defendants, Jamison and Jenks. (Recommendation at 5-6.)  The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 6.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motion should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Shaffer (docket #96) dated September 19, 2007, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the Motion For Default Judgment re Defendant Jamison and Jenks (docket #93) is **DENIED**. It is

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE** as to the remaining Defendants.

Dated: October 4, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge